SIMON SCHRIVER, Respondent, *v.* THE VILLAGE OF JOHNSTOWN, Appellant.

Reported below, 71 Hun, 232.
(Argued February 24, 1896; decided March 10, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made September 15, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Matthew Hale* for appellant.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.